UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.

PETER J. PEGGS,

       Defendant.
_____/

Case No. 1:07-cr-239-01

HON. JANET T. NEFF

## ORDER

This matter is before the Court on the Motion for Leave to File Third Ex-Parte Applications for Issuance of Trial Subpoenas, Service of Subpoenas and Payment of Witness Fees Under Seal. The Court having reviewed the motion;

**IT IS HEREBY ORDERED** that the Motion for Leave to File Third Ex-Parte Applications for Issuance of Trial Subpoenas, Service of Subpoenas and Payment of Witness Fees Under Seal (Dkt. No. 182) is **GRANTED**.

Dated: December 8, 2008

    /s/Janet T. Neff
    JANET T. NEFF
    United States District Judge